THAT THIS DOCUMENT WAS SERVED BY
MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff
PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.
DATED: 1/9/2015
D. Vo
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
JAN - 9 2015
CENTRAL DISTRICT OF CALIFORNIA
BY  D V  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LaKEITH LEROY McCOY, <br> Plaintiff, <br> v. <br> COUNTY OF RIVERSIDE et al., <br> Defendant. | No. CV 14-00517-RGK (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that Defendant's motion to dismiss be granted and judgment be entered dismissing this case with prejudice.

Dated: January 08, 2015

_____
R. GARY KLAUSNER
United States District Judge