JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LaKEITH LEROY McCOY, | No. CV 14-00517-RGK (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| J. CURIEL et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: January 08, 2015

R. GARY KLAUSNER
United States District Judge